**FILED**

DEC 0 8 2025

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ MM _____ DEP CLK

United States of America

v.

Blake Aaron Govea

_____

*Defendant*

)
)
)
)
)
)

Case No. 5:25 - MJ-2025

# ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

The defendant, did threaten to assault and murder S.T., a member of the immediate family of a United States Senator, with intent to retaliate against the United States Senator on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(A).

Date: November 26, 2025 ; 3:20 pm

_____
*Issuing officer's signature*

City and state:    Raleigh, North Carolina

_____
Brian S. Meyers, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/2/2025 , and the person was arrested on *(date)* 12/4/2025 at *(city and state)* Raleigh, NC . |

Date: 12/4/2025

_____
*Arresting officer's signature*

Anthony W Martins, TFO
*Printed name and title*