UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-MJ-2512-BM

FILED IN OPEN COURT
ON 12/11/2025 KTN
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
VS. ) WAIVER OF DETENTION HEARING
)
BLAKE AARON GOVEA )

I, **BLAKE AARON GOVEA**, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the Complaint, Information, Indictment, or Motion for Revocation against me, of any Affidavit filed therewith, and the right to be represented by counsel, all of which I fully understand, and I do hereby waive my rights to a Detention Hearing in this case.

_____
Defendant's Signature

Eric J. Brignac
Defense Counsel's Name **PLEASE PRINT**

_____
Defense Counsel's Signature

12/11/25
Date

_____
JAMES E. GATES
United States Magistrate Judge